UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM L. MATTHEWS,<br><br>           Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>           Respondent. | Case No. C10-5226RBL<br><br>ORDER GRANTING LEAVE TO FILE EXCESS LENGTH BRIEF IN SUPPORT OF PETITION |

This matter is before the court on petitioner's motion for leave to file an over length brief in support of his petition for writ of habeas corpus. Doc. 4. It does not appear the motion was properly served on respondent (plaintiff did not file proof of service) and the court notes respondent does not oppose the motion. Nevertheless, the court does not find any prejudice in considering the motion and will GRANT it. Petitioner should note that any further motions or requests filed with the court must also be served on respondent or counsel of record that has appeared on behalf of respondent.

DATED this 11th day of May, 2010.

_/s/ J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER - 1