UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM T. MATTHEWS,

          Petitioner,

    v.

PAT GLEBE,

          Respondent.

CASE NO. C10-5226RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #16], and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The first two grounds for relief are DISMISSED as procedurally barred. The remaining ground for relief is DENIED. Counsel was not ineffective.

(3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

(4)    The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 8th day of October, 2010.

                                                                 */s/ Ronald B. Leighton*
                                                        RONALD B. LEIGHTON
                                                       UNITED STATES DISTRICT JUDGE

ORDER - 1