# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM T. MATTHEWS

v.

PAT GLEBE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5226RBL/JRC

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The first two grounds for relief are DISMISSED as procedurally barred.  The remaining ground for relief is DENIED.  Counsel was not ineffective; and

In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.


|   October 14, 2010   | |   BRUCE RIFKIN   |
| --- | --- | --- |
| Date | | Clerk |

|   *s/CM Gonzalez*   |
| --- |
| Deputy Clerk |