HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM MATTHEWS,

          Plaintiff,

        v.

PAT GLEBE,

          Defendant.

Case No. C10-5226RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Application to Proceed on Appeal *In Forma Pauperis* [Dkt. #19].  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On October 8, 2010, this Court entered an Order Adopting the Magistrate Judge's Report and Recommendation denying the Petitioner's Petition for a Writ of Habeas Corpus and refusing to issue a certificate of appealability.  Although Petitioner paid the $5.00 filing fee in this Court, he seeks to proceed on appeal as a pauper.  Because this Court refused to issue a certificate of appealability, the Court **DENIES** Petitioner's Application to Proceed on Appeal *In Forma Pauperis*.  Fed. R. App. P. 24(a)(3)(A).

**IT IS SO ORDERED.**

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party

2    appearing pro se.

3    Dated this 28th day of October, 2010.

4

5    _____

6    RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2